IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT MOORE, | : | CRIMINAL ACTION |
| | : | NO. 02-565 |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 11-6586 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

## **O R D E R**

**AND NOW,** this **30th** day of **July, 2012,** for the reasons set forth in the accompanying Memorandum Opinion, it is here by **ORDERED** that the Government's Motion to Dismiss Petition Under 28 U.S.C. § 2255 (ECF No. 66) is **GRANTED** and the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 63) is **DENIED** and **DISMISSED with prejudice** and a certificate of appealability shall not issue.

**AND IT IS SO ORDERED.**

          s/Eduardo C. Robreno
          **EDUARDO C. ROBRENO, J.**